**Barney QUILTER, et al., Plaintiffs,**

v.

**George V. VOINOVICH,
et al., Defendants.**

**No. 5:91–CV–2219.**

United States District Court,
N.D. Ohio, E.D.

March 31, 1992.

Before NATHANIEL R. JONES, Circuit Judge, JOHN W. PECK, Senior Circuit Judge, and DOWD, District Judge.

### ORDER

Having been advised by the office of the Secretary of the State of Ohio that the date of June 2, 1992 for the primary election for the purpose of selecting candidates for membership in the General Assembly of Ohio to be voted upon at the General Election to be held November 3, 1992 as directed by order entered herein March 10, 1992, 794 F.Supp. 756, cannot be met and must be vacated, said primary election is hereby rescheduled to be held September 8, 1992. It is further ordered that the Secretary of the State of Ohio be and he hereby is enjoined to do all such acts as may be necessary for the holding of such primary election September 8, 1992.